1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

| ABEL SALAZAR, | ) Case No. ED CV 09-2248 DDP (JCG) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RAUL LOPEZ, | ) |
| Respondent. | ) |

16    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

17  records herein, and the Report and Recommendation of the United States Magistrate

18  Judge.  No objections to the Report and Recommendation have been filed.  The

19  Court approves and adopts the Magistrate Judge's Report and Recommendation.

20  Accordingly, IT IS ORDERED THAT:

21    1.    Judgment shall be entered dismissing the action with prejudice.

22    2.    The Clerk shall serve copies of this Order and the Judgment herein on

23  the parties.

24
25  DATED:  August 17,  2010.

26    _____

27    DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE

28