1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABEL SALAZAR, | ) | Case No. ED CV 09-2248 DDP (JCG) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RAUL LOPEZ, | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: August 17, 2010.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE